**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 18, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00392-CV

---

**IN RE MELODY CAPITAL MANAGEMENT LLC, MATRA PETROLEUM USA, INC., MATRA PETROLEUM OIL & GAS LLC, MATRA PETROLEUM OPERATING LLC, AND MATRA TERRA LLC, Relators**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
157th District Court
Harris County, Texas
Trial Court Cause No. 2019-31055**

---

## MEMORANDUM OPINION

On May 13, 2019, relators Melody Capital Management LLC, Matra Petroleum USA, Inc., Matra Petroleum Oil & Gas LLC, Matra Petroleum Operating LLC, and Matra Terra LLC filed a petition for writ of mandamus in this court. *See*

Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relators ask this court to compel the Honorable Elaine H. Palmer, sitting as ancillary judge of the 157th District Court of Harris County, to vacate her May 9, 2019 temporary restraining order.

The parties filed a joint motion to dismiss this original proceeding because the trial court entered a temporary injunction on May 22, 2019.  Relators' request for relief is now moot.  The motion is granted.

Accordingly, we dismiss relators' petition for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.